AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### Southern District of Ohio

| | | |
|---|---|---|
| RHONDA WILLIAMS | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  3:12-CV-400 |
| USABLE LIFE | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other: matter is remanded to USAble for an award of "own occupation" long-term disability benefits to Williams,
including any applicable interest. Williams' entitlement to "any occupation" long-term disability benefits remains for USAble to
decide.

This action was *(check one)*:

❒ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❒ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge  Thomas M. Rose _____ on a motion for
_____ Judgment on the Administrative Record

Date:   10/31/2013 _____

CLERK OF COURT

_____
*Signature of Clerk or Deputy*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
<u>Western</u>    DIVISION

RHONDA WILLIAMS                          :
_____        :
                 *Plaintiff*             :
                                         :
              vs                         :    Case Number:  3:13-CV-400
                                         :
USABLE LIFE                              :
_____        :
      Def  *Defendant*                   :

NOTICE OF DISPOSAL PER SOUTHERN DISTRICT OF OHIO LOCAL RULES
79.2(a)&(b)

The above captioned matter has been terminated on _____10/31/2013_____.

If applicable to this case, the disposal date  will be six (6) months from the above termination date.

Rule 79.2(a) Withdrawal by Counsel:

All depositions, exhibits or other materials filed in an action or offered in evidence shall not be considered part of the pleadings in the action, and unless otherwise ordered by the Court, shall be withdrawn by counsel without further Order within six (6) months after final termination of the action.

Rule 79.2 (b) Disposal by the Clerk

All depositions, exhibits or other materials not withdrawn by counsel shall be disposed of by the Clerk as waste at the expiration of the withdrawal period.

JOHN P. HEHMAN, CLERK

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy*